**Nathan YORKE, As Trustee in Bankruptcy for Spaulding Industries, Inc., Appellant,**

v.

**HARRY'S DEPARTMENT STORE, INC., et al., Appellees.**

**No. 21242.**

United States Court of Appeals
Fifth Circuit.

April 5, 1965.

Rehearing Denied April 26, 1965.

---

Herbert P. Feibelman, Jr., Mobile, Ala., Jacob I. Grossman, and Alfred B. Teton, Chicago, Ill., Holbert, Tully & Hodnette, Mobile, Ala., Froelich, Grossman, Teton & Tabin, Chicago, Ill., of counsel, for appellant.

Oliver J. Latour, Jr., Mobile, Ala., Hamilton, Denniston, Butler & Riddick, Mobile, Ala., of counsel, for appellees.

Before WOODBURY,* JONES and GEWIN, Circuit Judges.

PER CURIAM.

The district court determined that there was no genuine issue of any material fact, and that the undisputed facts required a judgment for the appellees. We are in agreement with the district court's decision and its judgment is

Affirmed.